UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AHILIA L. TORRY

VERSUS                                              CIVIL ACTION

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY            NO. 07-979-RET-CN

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, June 10, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**AHILIA L. TORRY**

**VERSUS**                                           **CIVIL ACTION**

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**      **NO. 07-979-RET-CN**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed this suit on December 28, 2007. As of May 19, 2008 defendant commissioner had not been served, therefore, plaintiff's counsel was notified that failure to perfect service of the summons and complaint in accordance with Rule 4(m), Federal Rules of Civil Procedure and to file proof of service in the record within 10 days would result in this suit being dismissed for failure to prosecute, in accordance with ULR, Rule 41.3M.

No proof of service has been filed in the record as of June 10, 2008, on behalf of Michael Astrue, U.S. Attorney and U.S. Attorney General, therefore, this is to recommend that this case be dismissed for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Signed in chambers in Baton Rouge, Louisiana, June 10, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**