UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AHILIA L. TORRY

VERSUS

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-979-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 10, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter will be dismissed for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

Baton Rouge, Louisiana, July 10, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA