UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AHILIA L. TORRY

VERSUS

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NO. 07-979-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED this matter is dismissed for plaintiff's failure to prosecute and have the defendants served within 120 days of filing the suit.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, July 10, 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA